00070-081952

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MUNICH REINSURANCE AMERICA, INC.

                Plaintiff,

-against-

NATIONAL CASUALTY COMPANY,

                Defendant.

------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

**10 CV 5782**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for

        National Casualty Company
        400 Westwood Drive
        Wausau, Wisconsin 54402

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 25, 2010

_____
Signature

| Stacie L. Young | SLY 0573 |
|---|---|
| Print Name | Bar Number |

220 East 42nd Street
Address

| New York | New York | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 697-3122 | (212) 949-7054 |
|---|---|
| Phone Number | Fax Number |

To:   Rubin, Fiorella & Friedman LLP
      *Attorneys for Plaintiff*
      292 Madison Avenue
      New York, New York 10017

1493931_1.DOC