UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| MUNICH REINSURANCE AMERICA, INC., | **NOTICE OF MOTION FOR PRO HAC VICE ADMISSION** |
| Petitioner, | |
| -v- | 10 CV 5782 (SHS) |
| NATIONAL CASUALTY COMPANY, | |
| Respondent. | |

------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed affidavit of STACIE L. YOUNG, dated the 2nd day of September, 2010, with exhibits, and upon all prior pleadings and proceedings had herein, the Respondent NATIONAL CASUALTY COMPANY, by its attorneys MARTIN CLEARWATER & BELL LLP, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, before the Honorable Sidney H. Stein, United States District Judge, on September 24, 2010 at 9:30 a.m., at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting the *pro hac vice* admission to this Court of:

Mark Charles Kareken

National Casualty Company

400 Westwood Drive

Wausau, Wisconsin 54402

Tel: 715.843.8739; Fax: 715.843.8798

Email: karekem@nationwide.com

Dated: September 2, 2010
      New York, New York

                                  Respectfully submitted,

                                  *[signature]*
                                Stacie L. Young (SLY-0573)
                                Martin Clearwater & Bell LLP
                                220 East 42nd Street
                                New York, NY 10017
                                Tel: (212) 916-0957
                                Fax: (212) 949-7054
                                Email: youngs@mcblaw.com

To:    Rubin, Fiorella & Friedman LLP
        *Attorneys for Petitioner*
        292 Madison Avenue
        New York, New York 10017
        (212) 953-2381