**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

MUNICH REINSURANCE AMERICA, INC.,

                Petitioner,

                -v-

NATIONAL CASUALTY COMPANY,

                Respondent.
-----------------------------------------------------------------------X

**AFFIDAVIT**
**IN SUPPORT OF**
**MOTION FOR PRO**
**HAC VICE ADMISSION**

10 CV 5782 (SHS)

State of New York   )
                  )   ss:
County of New York )

      STACIE L. YOUNG, being duly sworn, deposes and says:

      1.     I am an attorney in good standing, duly admitted to practice before the United States District Court for the Southern District of New York, and a member of the firm of MARTIN CLEARWATER & BELL LLP, attorneys of record for Respondent NATIONAL CASUALTY COMPANY (hereinafter, "NATIONAL CASUALTY").

      2.     I am fully familiar with the facts and circumstances of this matter by virtue of a review of the file maintained in the offices of MARTIN CLEARWATER & BELL LLP.

      3.     This Affidavit is submitted in support of the instant motion seeking an Order granting the *pro hac vice* admission to this Court of Mark Charles Kareken so that he may represent Respondent in this matter.

      4.     Mr. Kareken is Lead Counsel with National Casualty in Wausau, Wisconsin, and I have known Mr. Kareken since 1996.

      5.     Mr. Kareken is fully familiar with the facts and circumstances of this matter by virtue of his representation of National Casualty.

6.      I have found Mr. Kareken to be a skilled attorney and a person of integrity.  He is

experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

7.      Mr. Kareken is an attorney admitted to practice law in the State of Minnesota.

Annexed hereto as Exhibit "A" is a Certificate of Good Standing, dated August, 13, 2010, from

the Supreme Court of the State of Minnesota on behalf of Mark Charles Kareken.

8.      Accordingly, I am pleased to move for the *pro hac vice* admission of Mark C.

Kareken, and it is respectfully requested that the instant application be granted.

Dated: September 2, 2010
       New York, New York

Respectfully submitted,

Stacie L. Young (SLY 0573)

Sworn to me before this
2nd day of September , 2010

Notary Public

MICHAEL F. MADDEN
Notary Public, State of New York
No. 02MA4994352
Qualified in Westchester County
Commission Expires April 6, 20

14