70-81952
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MUNICH REINSURANCE AMERICA, INC.,

                Petitioner,

-v-                                                **NOTICE OF MOTION**

NATIONAL CASUALTY COMPANY,            10 CV 5782

                Respondent.

-----------------------------------------------------------------x

     **PLEASE TAKE NOTICE**, that upon the annexed Declaration of MARK C. KAREKEN, with exhibits attached thereto, Lead Counsel for plaintiff, NATIONAL CASUALTY COMPANY, will move this Court before the United States District Court for the Southern District of New York, at the Courthouse located at 500 Pearl Street, New York, New York 10007 on the 12$^h$ day of October 2010, at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel may be heard, for an Order:

     (a)    staying this litigation and the arbitration or enjoining Petitioner, Munich Reinsurance America, Inc (hereinafter, "Munich Re") from proceeding further with the arbitration until resolution of the action by Wausau against Munich Re.

1511901_1.DOC

  (b)  granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
   September 20, 2010

               Yours, etc.

               NATIONAL CASUALTY COMPANY

               By: *[signature]*

               Mark C. Kareken (MCK - 8706)
               Lead Counsel
               400 Westwood Drive
               P.O. Box 8101
               Wausau, WI 54402
               (715)843-8739

TO:  Rubin, Fiorella & Friedman LLP
    Attorneys for Defendant
    292 Madison Avenue, 11th Floor
    New York, New York 10017
    (212) 447-4644

1511901_1.DOC