AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

MUNICH REINSURANCE AMERICA, INC., )
*Plaintiff* )
v. ) Case No. CV-10-5782
NATIONAL CASUALTY COMPANY. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NATIONAL CASUALTY COMPANY

Date: April 27, 2011

*Attorney's signature*

Erin M. Perry, Esq. (EMP 4007)
*Printed name and bar number*

MARTIN CLEARWATER & BELL LLP
220 East 42nd Street, 13th Floor
New York, NY 10017
*Address*

perrye@mcblaw.com
*E-mail address*

(212) 697-3122
*Telephone number*

(212) 949-7054
*FAX number*