AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MUNICH REINSURANCE AMERICA, INC., | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. CV-10-5782 |
| NATIONAL CASUALTY COMPANY. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NATIONAL CASUALTY COMPANY

Date: April 27, 2011

*Attorney's signature*

Geri B. Horenstein, Esq. (GBH 1750)
*Printed name and bar number*

MARTIN CLEARWATER & BELL LLP
220 East 42nd Street, 13th Floor
New York, NY 10017
*Address*

horeng@mcblaw.com
*E-mail address*

(212) 697-3122
*Telephone number*

(212) 949-7054
*FAX number*